E-FILED
Friday, 02 November, 2007  09:04:58 AM
Clerk, U.S. District Court, ILCD



## United States District Court
### CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

November 1, 2007

**UNITED STATES OF AMERICA**

v.                                    CASE NO. 98-20038

**TOMMASO POLLARI**

### RECEIPT

RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois the Government exhibits from Jury Trial held in September of 1998.

Date: __11/1/07__                              __s/Colin Bruce by M Broy__
                                               Attorney for Plaintiff/Defendant